```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 33024
   CYNTHIA AWOYOOLA
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-7494


--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/19/2005 and was confirmed 10/03/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 07/29/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
GE CONSUMER FINANCE        SECURED             750.00        17.99          750.00
ILLINOIS DEPT OF REVENUE   PRIORITY            174.87          .00          174.87
BALLYS                     UNSECURED        NOT FILED          .00             .00
BARIX CLINICS              UNSECURED           1118.08         .00         1118.08
CAPITAL ONE                UNSECURED            601.53         .00          601.53
CAPITAL ONE                UNSECURED            366.76         .00          366.76
CAPITAL ONE                UNSECURED            615.41         .00          615.41
ELMHURST RADIATION         UNSECURED        NOT FILED          .00             .00
ILLINOIS DEPT OF EMPLOYM   UNSECURED        NOT FILED          .00             .00
MONEY MANAGEMENT INTERNA   NOTICE ONLY      NOT FILED          .00             .00
NATIONWIDE ACCEPTANCE~     UNSECURED           1197.94         .00         1197.94
RESURGENT ACQUISITION LL   UNSECURED           2222.99         .00         2222.99
RESURGENT ACQUISITION LL   UNSECURED           1201.95         .00         1201.95
SHORT TERM LOAN            UNSECURED            261.00         .00          261.00
SPIEGEL                    UNSECURED        NOT FILED          .00             .00
AVENUE                     UNSECURED        NOT FILED          .00             .00
LEW MAGRAM                 UNSECURED        NOT FILED          .00             .00
LEW MAGRAM                 NOTICE ONLY      NOT FILED          .00             .00
MIDNIGHT VELVET            UNSECURED            519.97         .00          519.97
CHECK N GO                 UNSECURED            223.50         .00          223.50
ILLINOIS DEPT OF REVENUE   UNSECURED             49.60         .00           49.60
PETER FRANCIS GERACI       DEBTOR ATTY        2,700.00                     2,700.00
TOM VAUGHN                 TRUSTEE                                          774.42
DEBTOR REFUND              REFUND                                           204.49

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 13,000.50

PRIORITY                                      174.87

                 PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 33024 CYNTHIA AWOYOOLA
```

```
SECURED                                                      750.00
    INTEREST                                                  17.99
UNSECURED                                                  8,378.73
ADMINISTRATIVE                                             2,700.00
TRUSTEE COMPENSATION                                         774.42
DEBTOR REFUND                                                204.49
                                    ---------------   ---------------
TOTALS                                    13,000.50         13,000.50
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 10/29/08                /s/ Tom Vaughn
                                                      _____
                                                      TOM VAUGHN
                                                      CHAPTER 13 TRUSTEE